UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-v-                                        Case No. 17-cr-20556
                                             Hon. Matthew F. Leitman

VINCENT ACHO,

        Defendant.
_____/

## ORDER TERMINATING TERM OF PROBATION

Defendant having filed an Unopposed Motion to Terminate Term of Probation and the Court having reviewed the Unopposed Motion to Terminate Probation:

**IT IS HEREBY ORDERED** that Defendant's Motion to Terminate Term Probation is hereby granted and Defendant is hereby discharged from probation.

                                        /s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated:  February 24, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 24, 2021, by electronic means and/or ordinary mail.

                                        s/Holly A. Monda
                                        Case Manager
                                        (810) 341-9764